IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BRANDON WATSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-CV-00106-O |
| | § | JURY |
| **SIG SAUER, INC.** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL OF DEFENDANT

COMES NOW, Plaintiff Brandon Watson filing this Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41.

1. Plaintiff filed suit against Defendant seeking damages in a personal injury claim.

2. Plaintiff, Brandon Watson and Defendant, Sig Sauer, Inc. have reached a settlement. Plaintiff now moves to dismiss his claims against Defendant.

3. This case is not a class action nor has a receiver been appointed.

4. None of the parties have dismissed a prior action based on or including the same claims presented in this suit.

5. Plaintiff's dismissal is with prejudice. Each party has agreed to pay their own litigation costs, including but not limited to attorney's fees.

        Respectfully submitted,

By: /s/ Peter J. Rutter
**PETER J. RUTTER**
Texas State Bar No. 00791586
pete@cainfirm.com
**THE CAIN FIRM**
111 S. HOUSTON ST.
GRANBURY, TEXAS 76048
(817) 573-4300
(817) 573-4848 FACSIMILE
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and foregoing has been delivered to counsel for Defendant by e-service on the 27TH day of September, 2021:

**Bijan Siahatgar**
**901 Main Street, Suite 6000**
**Dallas, Texas 75202**

        By: /s/ Peter J. Rutter
        **PETER J. RUTTER**