IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRANDON WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00106-O |
| | § | |
| SIG SAUER, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is a Notice of Dismissal (ECF No. 15), filed by Plaintiff Brandon Watson on September 27, 2021. After considering the motion, the Court finds that it should be treated as a Motion to Dismiss With Prejudice.

It is therefore **ORDERED, ADJUDGED, and DECREED** that all claims brought by Plaintiff in this cause against Defendant are hereby **DISMISSED with prejudice**. The taxable costs of court, as calculated by the Clerk of Court, shall be borne by the party incurring the same.

**SO ORDERED** on this **28th day** of **September, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE